# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160175 & (68)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BLANCHE HUDSON and PAT FOSTER,
      Plaintiffs-Appellants,

v

        SC: 160175
        COA: 344482
        Allegan CC: 13-052422-NZ

JOHN C. KLEUESSENDORF and JOHN T.
BENSON,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the July 25, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020



Clerk

s1216